# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**HENRY L. HAMPTON**,

        Plaintiff,

    -vs-

**Case No. 04-C-164**

**CITY OF MILWAUKEE**,

        Defendant.

## ORDER

Upon all of the records, files and proceedings previously had in this action, and further upon the stipulation of the parties;

**IT IS HEREBY ORDERED** that the above-captioned case is dismissed, with prejudice, and without further costs or fees to any party.

Dated at Milwaukee, Wisconsin, this 8th day July, 2005.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**